

# Case Assignment
# Standard Magistrate Assignment

Case number **4:22MJ-17**

Note: Judge determined by charging documentation.

Assigned on 2/16/2022 11:27:53 AM
Transaction ID: 66889

[Return]