# U.S. District Court
## Western District of Kentucky (Owensboro)
## CRIMINAL DOCKET FOR CASE #: 4:22−mj−00017−HBB−1

Case title: USA v. Stallings

Date Filed: 02/16/2022

Date Terminated: 02/17/2022

Assigned to: Magistrate Judge H. Brent Brennenstuhl

**Defendant (1)**

| | | |
|---|---|---|
| **Shelly Stallings**<br>*TERMINATED: 02/17/2022* | represented by | **Bryce L. Caldwell**<br>Gordon Goetz Johnson Caldwell, PSC<br>121 W. Second Street<br>Owensboro, KY 42302−1539<br>270−684−5757<br>Fax: 270−684−5862<br>Email: brycecaldwell33@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Removal from DC | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | |

**Madison T. Sewell**
U.S. Attorney Office − Bowling Green
241 East Main Street, Suite 305
Bowling Green, KY 42101
270−243−4938
Email: madison.sewell@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/16/2022 | | | Arrest (Rule 5) of Shelly Stallings (EAS) (Entered: 02/17/2022) |
| 02/16/2022 | 1 | | WAIVER of RULE 5 & 5.1 HEARINGS by Shelly Stallings (EAS) (Entered: 02/17/2022) |
| 02/16/2022 | 2 | | Rule 5 Documents Received from DC, Case Number 1:21−cr−000178 as to Shelly Stallings (EAS) (Additional attachment(s) added on 2/17/2022: # 1 DC Indictment) (EAS). (Entered: 02/17/2022) |
| 02/16/2022 | 3 | | Case Assignment (Random Selection): Case Assigned to Magistrate Judge H. Brent Brennenstuhl. (EAS) (Entered: 02/17/2022) |
| 02/16/2022 | | | Initial Appearance in Rule 5(c)(3) Proceedings as to Shelly Stallings held on 2/16/2022 before Magistrate Judge H. Brent Brennenstuhl. (Court Reporter Digitally Recorded.) (EAS) (Entered: 02/17/2022) |
| 02/17/2022 | 4 | | ORDER by Magistrate Judge H. Brent Brennenstuhl on 2/17/2022 as to Shelly Stallings: Defendant made initial appearance. IT IS THE FINDING OF THE COURT that the Defendant is eligible for Court−appointed counsel. IT IS ORDERED that CJA Panel Attorney Bryce Caldwell is appointed to represent the Defendant in this matter. IT IS ORDERED the Defendant shall be released on a $25,000 unsecured Appearance Bond along with Order Setting Conditions of Release. IT IS ORDERED the Defendant shall appear before the US Magistrate Judge in the United States District Court for the District of Columbia on 2/17/2022 at 1:00 PM EST, via videoconference (Zoom). cc: Counsel of record; USPO; USDC DC (EAS) (Entered: 02/17/2022) |

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

**FILED**
JAMES J. VILT, JR. - CLERK
FEB 16 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# UNITED STATES DISTRICT COURT
## for the
### Western District of Kentucky

United States of America )
v. )
)  Case No.  4:22-mj-00017-HBB
)
SHELLY STALLINGS )  Charging District's Case No.  1:21cr-000178-APM
*Defendant* )

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*    District of Columbia

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise —
unless I am indicted — to determine whether there is probable cause to believe that an offense has
been committed;

(5)    a hearing on any motion by the government for detention;

(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑    an identity hearing and production of the warrant.

■    a preliminary hearing.

■    a detention hearing.

■    an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may
be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set
by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are
pending against me.

Date:  2/16/22                                    Shelly Stallings
                                                  *Defendant's signature*

                                                  _____
                                                  *Signature of defendant's attorney*

                                                  Bryce L. Caswell
                                                  *Printed name of defendant's attorney*

3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### OWENSBORO DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **PLAINTIFF** | ) | **Criminal Action No. 4:22mj-00017-HBB** |
| v. | ) | H. BRENT BRENNENSTUHL, |
| | ) | Magistrate Judge |
| **SHELLY STALLINGS** | ) | |
| | ) | |
| **DEFENDANT** | ) | |
| | ) | |

## ORDER

On the 16th day of February 2022 this action came before the undersigned, via videoconference from Bowling Green, upon Defendant's initial appearance after execution of an arrest warrant issued by the District of District of Columbia, Case Number: 1:21cr-00178-APM.  There appeared the Defendant, Shelly Stallings, in custody of the FBI, via video, from the United States Courthouse, Owensboro.  Assistant United States Attorney Madison T. Sewell was present, via video, for the United States of America.  The Defendant was advised of her right to appear in person before the Magistrate Judge and the Defendant gave oral Consent to Proceed by Video Teleconference.  The proceedings were digitally recorded.

The Defendant acknowledged receipt of the Indictment and acknowledged an understanding of the charges contained therein.  The Defendant was advised of her Constitutional rights including her right to be represented by counsel.  The Defendant advised the Court she is requesting Court-appointed counsel and the Court questioned the Defendant, under oath, regarding her financial situation.

**IT IS THE FINDING OF THE COURT** that the Defendant is eligible for Court-appointed counsel.

4

      **IT IS ORDERED** CJA Panel Attorney Bryce Caldwell is appointed to represent the Defendant in this matter.  In anticipation of appointment, Mr. Caldwell was available to assume representation of the Defendant.

      The Defendant was advised of her rights with respect to Rule 5 proceedings as well as her right to request transfer of the proceedings to this District pursuant to Rule 20 of the Federal Rules of Criminal Procedure to plead guilty as to the charges.  The Defendant advised the Court she waives her right to an identity hearing.

      As to the matter of detention, counsel for the United States advised the Court the United States is not seeking detention in this action.  The Court having heard statements from the United States, having conferred with the United States Probation Officer and being otherwise sufficiently advised;

      **IT IS ORDERED** the Defendant shall be released on a $25,000.00 unsecured Appearance Bond along with Order Setting Conditions of Release pending all further proceedings in this matter.

      **IT IS ORDERED** the Defendant shall appear before the United States Magistrate Judge in the United States District Court for the District of Columbia on **Thursday, February 17, 2022, at 1:00 pm, EST,** via videoconference (Zoom).

      ENTERED this   February 17, 2022

**H. Brent Brennenstuhl**
**United States Magistrate Judge**

Copies to:    AUSA Madison T. Sewell
             United States Probation
             US District Court, District of Columbia

0|27

**2 |** P a g e